U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
MONROE
FEB 09 2009
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MOHAMMED KHALID QURAN | CIVIL ACTION NO. 08-0792 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GARY MEAD, ET AL. | MAG. JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Mohammad Khalid Quran ("Quran") [Doc. No. 1] filed against Defendants Gary Mead, Director, Office of Detention and Removal, Department of Homeland Security; Trey Lund, New Orleans Field Office Director, Office of Detention and Removal, Department of Homeland Security; and Dale Dauzat, Warden, Tensas Parish Detention Center (collectively, "Defendants"). In his petition, Quran argues that his detention in the custody of Bureau of Immigration and Naturalization Enforcement officials ("ICE") for longer than 180 days violates his constitutional rights.

Quran is a stateless Palestinian. He has been detained since November 2007. An Israeli identification number and a travel document are required for travel to the Palestinian territories.

On October 10, 2008, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 14] in which she recommends granting Quran's Petition and releasing him from custody. Based on evidence that the Israeli Consulate had been unable to locate an Israeli identification number for Quran, Magistrate Judge Hayes reasoned that Quran was not likely to be removed in the foreseeable future.

On October 30, 2008, Defendants filed an objection [Doc. No. 15]. Defendants stated

that on October 27, 2008, ICE learned that the Israeli Consulate had located an Israeli identification number for Quran. According to the declaration submitted by Defendants, the Israeli Consulate was going to submit an application for a travel document to the Israeli Government.

Based on the objection, on December 4, 2008, the Court issued a Memorandum Order [Doc. No. 16], staying the action for seventy-five (75) days to allow the parties to develop the record.

On February 5, 2009, the Government filed a Motion to Lift Stay and to Dismiss [Doc. No. 17]. According to the declaration of Scott Sutterfield, the Assistant Field Office Director of the Ice facility at Oakdale, Louisiana, Quran was released on supervision on January 12, 2009.

Because Quran is no longer in custody and the only issue raised in his Petition is his continued detention, the Government's Motion to Lift Stay and to Dismiss is GRANTED, and the Petition is DISMISSED AS MOOT.

MONROE, LOUISIANA, this 9 day of February, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE